UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

GUTEMBERG DOS SANTOS, JACKIE
AGUILAR, KARINA CHAIREZ, SCOTT
HUGHES, CECILIA MILLAN, AND PABLO
RENATO RODRIGUEZ,

               Defendants.

---------------------------------------- x

ORDER

20 Crim. 398-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A change of plea hearing for Mr. Pablo Renato Rodriguez is scheduled for March 8, 2023 at 9:45 a.m.

Dated:  March 2, 2023
          New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge