UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-                                    ORDER

GUTEMBERG DOS SANTOS,                         20 Crim. 398 (GBD)
PABLO RENATO RODRIGUEZ,
SCOTT HUGHES, CECILIA MILLAN, and
KARINA CHAIREZ,

                    Defendants.
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    Upon the Government's December 21, 2023 motion (ECF No. 279), to which no Defendant objected, this Court finds, pursuant to 18 U.S.C. § 3663A(c)(3), that (1) restitution is impracticable in this case due to the large number of victims, and (2) a determination of each victim's losses "would complicate or prolong the sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process." 18 U.S.C. § 3663A(c)(3)(A)–(B). This Court GRANTS the Government motion and authorizes the Government to compensate victims with finally forfeited assets through the remission process.

    The Clerk of Court is directed to close the motion at ECF No. 279.

Dated: New York, New York
       January 8, 2024

                                                SO ORDERED.

                                                GEORGE B. DANIELS
                                                United States District Judge