UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
                                                                :

UNITED STATES OF AMERICA
                                                                :

         - v. -                                           FIRST FINAL ORDER OF FORFEITURE
                                                                :

PABLO RENATO RODRIGUEZ,
                                                                :     S1 20 Cr. 398 (GBD)

         Defendant.
                                                                :
------------------------------------ x

WHEREAS, on or about March 8, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 177), which ordered the forfeiture to the United States of all right, title and interest of PABLO RENATO RODRIGUEZ (the "Defendant") in *inter alia*, the following specific property:

      a.      Any and all funds in account number ending in -8118 held at U.S. Bank in the name of Master Commerce Industries (the "8118 Account"), and any and all funds traceable thereto;

      b.      Any and all funds and cryptocurrency in Coinbase Account Number 59af55a2ecdcdf033e5f2505 (the "Coinbase Account"), in the name of Margarita Cabrera and any accounts associated with the email account negociomundialmc@gmail.com;

      c.      All right, title, and interest of the defendants in the real property located at 117 Amber Sky, Irvine, CA 92618 (the "Amber Sky Property");

      d.      Any and all funds in account number ending in -1396 held at Banco Promerica in the name of Pablo Rodriguez, and any and all funds traceable thereto;

      e.      1,922,136 Guatemalan Quetzals in account number ending in -833-4 held at Banco G&T Continental in the name of Pablo Renato Rodriguez Arevalo, and any and all funds traceable thereto;

f.  Any and all funds in account number ending in -5678 held at Banco G&T Continental in the name of Pablo Renato Rodriguez Arevalo, and any and all funds traceable thereto;

g.  Any and all funds in account number ending in -1830 held at Banco G&T Continental in the name of Master Group S.A., and any and all funds traceable thereto;

h.  Any and all funds in account number ending in -8337 held at Chase Bank in the name of Master Tax Group, Inc., and any and all funds traceable thereto;

i.  Any and all funds in account number ending in -6311 held at Wells Fargo Bank in the name of Yeimi M. Rodriguez, and any and all funds traceable thereto;

j.  Any and all funds in account number ending in -9928 held at Wells Fargo Bank in the name of Yeimi M. Rodriguez, and any and all funds traceable thereto;

k.  Any and all funds in account number ending in -2371 held at Chase Bank in the name of Yeimi Rodriguez, and any and all funds traceable thereto;

l.  Any and all funds in account number ending in -0482 held at Wells Fargo Bank in the name of Master Tech Developments Inc. d/b/a Global Tech Management, and any and all funds traceable thereto;

m.  $999,936.22 formerly held in escrow by Insured International Aircraft Title Service LLC for the Gulfstream Jet with Tail Number N370Z and Serial Number 2082, including any and all accrued interest;

n.  Any and all funds and cryptocurrency in Coinbase Account Number ChCAwtnszlbVLuk0rVFSgHTr9sPqb1wp5, in the name of Orlando Velasco Ponce and any accounts associated with the email account velascoponceorlando@gmail.com;

o.  Downey Federal Credit Union Debit Card Number 4636920021180271 and any and all funds held at Downey Federal Credit Union in the name of Pablo Renato Rodriguez Arevalo;

p.  HSBC Bank Debit Card Numbers 5325617908512864 on deposit in HSBC Bank USA,NA., and any and all funds held at HSBC Bank USA, NA. in the name of Pablo Renato Rodriguez Arevalo;

q. HSBC Bank Debit Card Numbers 5451984690133663 on deposit in HSBC Bank USA,NA., and any and all funds held at HSBC Bank USA, NA. in the name of Pablo Renato Rodriguez Arevalo;

r. Any and all funds held in Santander Bank, N.A., in Account Number 60603308104 in the name of Cecilia Dennys Millan Lara and/or Cecilia Millan;

s. Any and all funds held in Santander Bank, N.A., in Account Number 60603233279, in the name of Cecilia Dennys Millan Lara and/or Cecilia Millan;

t. Any and all funds held in Bank of America N.A., in Account Number 898104477770, in the name of Coaching Business Corporation;

u. Any and all funds held in Bank of America, N.A., in Account Number 4815820207851195 held in the name of Yeimi M. Rodriguez;

v. Citibank, N.A. Debit Card Number 4269380003786542 on deposit in Citibank, N.A., and any and all funds held at Citibank, N.A. in the name of Pablo Renato Rodriguez Arevalo;

w. Citibank, N.A. Debit Card Number 4100390148018878 on deposit in Citibank, N.A., and any and all funds held at Citibank, N.A. in the name of Pablo Renato Rodriguez Arevalo;

x. Any and all items of value, seized on or about May 25, 2021, from Jorge Alejandro Rodriguez, from the residence located at 9044 Charloma Drive, Downey, CA 90240, including but not limited to the following:

   1. One Black Apple iPhone Xs, containing Serial No. C39YC9Z7KPFP;
   2. One Black Apple iPhone X, containing Serial No. G6TWH04FJCL8;
   3. One Space Grey Apple iPhone 11 Pro, containing Serial No. C39ZX3YLN6XR;
   4. One Apple iPhone in black rubber "Mophie" case, containing Serial No. F73SG8HPHG6W;
   5. One Black Samsung cell, containing Serial No. R95N70NZ6KV;
   6. One silver Apple MacBook w/ power cord, containing Serial No. C02ZY331LVDD;
   7. One silver Apple MacBook w/ power cord, containing Serial No. C02WGB8UHV2L;

8. One silver Apple MacBook w/ power cord, containing Serial No. C1ML95B7DTY4;
9. One SanDisk Portable SSD (flash drive), containing Serial No. BV160525253714;
10. One Black SanDisk thumb drive, containing Serial No. BM130523461B;
11. One White Data Traveler thumb drive;
12. One Blue Kingston thumb drive, containing Unique Identifier 04615-342;
13. One Red Transcend thumb drive, containing Serial No. 5067985449;
14. One Black leather case thumb drive;
15. One SD card in Samsung adapter, containing Serial No. KN9NCWYAC604;
16. One SD card in Photo Fast, containing the unique identifier ATWSJASC8JO;
17. One Gray iPad containing Serial No. F9FT5CPCFLML;
18. One Samsung tablet, containing Serial No. R520212N82M;
19. One Black notebook;
20. One AirBit card and Card Holder;
21. One Box of Checks;
22. One Topps Kobe Bryant #138 Basketball Card;
23. One Panini Prizm Kobe Bryant #8 Basketball Card;
24. One Panini Prizm Kobe Bryant #15 Basketball Card;
25. One Panini Donruss Optic Lebron James #94 Basketball Card;
26. One Panini Prizm Lebron James #129 Basketball Card;
27. One Pokémon Charizard Trading Card;
28. One Rose gold colored watch w/ black face;
29. Miscellaneous Documents containing the wording "Bitcoin";
30. Miscellaneous Documents;

y. Any and all items of value, seized on or about August 18, 2020, from Pablo Renato Rodriguez, from the residence located at 117 Amber Sky, Irvine, CA 92618, including but not limited to the following:

1. $896,483.00 in United States currency;
2. One watch Displaying the Name Bulova Marine Star;
3. One watch Displaying the Name Boss;
4. One watch Displaying the Name Bulgari;
5. One watch Displaying the Name Guess;
6. One watch Displaying the Name Breitling Bentley;
7. One watch Displaying the Name Emporio Armani;
8. One watch Displaying the Name Hermes Paris;
9. One watch Displaying the Name Tissot 1853;
10. One watch Displaying the Name Kenneth Cole;

4

11. One watch Displaying the Name Patek Philippe;
12. One watch Displaying the Name Vacheron Constantin;
13. One watch Displaying the Name RADO;
14. One watch Displaying the Name IWC Shaffhausen;
15. One Black Colored watch with Clear Rectangular Face;
16. One Rose Gold Colored watch with Circular Spinning Face;
17. One watch Displaying the Name Hublot;
18. One watch Displaying the Name Cartier;
19. One watch Displaying the Name Luminor Panerai;
20. One Gold Colored Bracelet;
21. One Silver Colored Bracelet with Gold Colored Stripe Down the Middle;
22. One Gold Colored Ring with Clear Stones;
23. Two Gold Colored Earrings in a Box Labeled Bulgari;
24. One Apple iPhone - Black with Screen Protector;
25. One Apple iPhone XR, containing Serial No. GQTCH81BKXKQ and IMEI No. 356439109235358;
26. One Apple iPhone- Black without Screen Protector;
27. One iPhone XS Max , containing IMEI No. 357272091487599;
28. One Apple iPhone- Rose Gold Colored;
29. One iPhone 11 Pro, containing IMEI No. 353249102374770;
30. One Apple iPhone- White Colored;
31. One iPhone 11 Pro, containing Serial No. DNDPZN0ARN6XY and containing IMEI No. 353239103737752;
32. One SM Duty Free External Hard Drive;
33. One Apple iPhone-White Colored, with a Cracked Screen;
34. One iPhone 11 Pro, containing Serial No. C39ZP031N6XY and IMEI No. 353242103815685;
35. One Apple iPhone- Space Grey;
36. One iPhone 11 Pro, containing Serial No. F17Z901NN6XX and IMEI No. 353234100064680;
37. One Apple iPhone-Green Colored;
38. One iPhone 11 Pro containing IMEI No:353245101914327;
39. One HP Tower – Black;
40. One HP Tower – Black;
41. One HP Tower – Silver;
42. One HP Tower – Black;
43. One Red Sports Coat;
44. One Green and Blue Sports Coat;
45. One Blue Sports Coat with Blue Lapels;
46. One Blue Velvet Sports Coat with Black Lapels;
47. One Black Sports Coat with Pants;
48. One Bag of Airbit Pins; and
49. Miscellaneous Documents;

5

z.   Any and all items of value, seized on or about August 18, 2020, from Cecilia Millan, from the 7744 Chesterbrooke Drive, Greensboro, NC 27455, including but not limited to the following:

1. One Gray Apple MacBook located upstairs bedroom, containing the unique identifier WQ841ATV1AX;
2. One Gray Apple MacBook located upstairs office, containing the unique identifier C17GQ11YDV13;
3. One Gray Apple MacBook located upstairs bedroom left corner, containing the unique identifier C02XC78FJHC8;
4. One Gray Apple MacBook located upstairs bedroom right side, containing the unique identifier FVFC9GKKL40Y;
5. One Gray Apple MacBook located upstairs office, containing the unique identifier CO2LVLZMF5V7;
6. One Gray Apple iMac located in the upstairs office;
7. One Gray Apple iMac located in the downstairs office;
8. One Apple iPad located upstairs office, containing the unique identifier DMPWJ0NSJ2D4;
9. One Samsung Galaxy S8+ (SM-G955U), containing the unique identifier R28J42TE2XM;
10. One Samsung Galaxy ON5 SM-G550T, containing the unique identifier RV8H81FP61F;
11. One Samsung Galaxy Note 3 (SM-N900A), containing the unique identifier R38DC0BLZHA;
12. One Samsung Galaxy S8+ (SM-G955U), containing the unique identifier R28J43RWBYV;
13. One Samsung Galaxy S3 (SGH-I747), containing the unique identifier R31D501J6SB;
14. One Samsung Galaxy S5 (SM-G900T), containing the unique identifier RV8F619ZA1V;
15. One Apple iPhone 7 Plus, containing the unique identifier FYMTW6T3HG04;
16. One Apple iPhone IPHONE XS Max, containing the unique identifier C39XM1LLKPHK;
17. One Apple iPhone, containing the unique identifier 5C F4RM6AJ7FFHG;
18. One Apple iPhone 11 Pro Max, containing the unique identifier FK2ZKEC9N70C;
19. One Apple iPhone IPHONE XS Max, containing the unique identifier FFMYK2HDKPHJ;
20. One Samsung Galaxy S7 Edge (SM-G935T), containing the unique identifier RF8H31X4KDY;
21. One iPhone8 Plus, containing the unique identifier FD6W94M5JCM4;
22. One iPhone8 Plus, containing the unique identifier GHJYD3CHJCM2;

6

  23. One Kingston Data Traveler G4 Thumb Drive, containing the unique identifier C860008AE288F1C0690300F;
  24. One Neustar Thumb Drive, containing the unique identifier AA04012700011546;
  25. One Kingston MobileLite G4 MicroSD to USB Adapter, containing Serial No.: 201404081410;
  26. One Scandisk Portable SSD (SDSSDE60-500G), containing Serial No.: 182933401936;
  27. One Lexar Thumb Drive, containing the unique identifier AAYCA1SE46W9EMGB;
  28. One Kingston DTSE9 Thumb Drive (A), containing the unique identifier E0D55E55CA30C33079884AF5;
  29. One Kingston DTSE9 Thumb Drive (B), containing the unique identifier 1C1B0D03C47BC330790F1C72;
  30. One Scandisk Gold MicroSD Card, containing Serial No. 2018031900000130;
  31. Scandisk Silver MicroSD Card, containing Serial No. 2018031900000132 ;
  32. Various Money Counters;
  33. Miscellaneous Documents;

aa. 37.28287781 in BTC, located in digital wallet with the public address ending in DbgT, seized from Jorge Alejandro Rodriguez, on or about May 25, 2021;

bb. 0.00098384 in BTC, located in digital wallet with the public address ending in Y2tQ, seized from Jorge Alejandro Rodriguez, on or about May 25, 2021;

cc. 0.0074991 in BTC, located in digital wallet with the public address ending in sU6j, seized from Jorge Alejandro Rodriguez, on or about May 25, 2021;

dd. 1.86277569 in BTC, located in digital wallet with the public address ending in JdLA, seized from Jorge Alejandro Rodriguez, on or about May 25, 2021;

ee. 1.834058959985846 in ETH, located in digital wallet with the public address ending in 8739, seized from Jorge Alejandro Rodriguez, on or about May 25, 2021;

ff. 1,322.98963846 in BTC, located in multiple digital wallets, seized from Pablo Renato Rodriguez, on or about January 15, 2021;

7

gg. $35,912.58 in United States currency formerly on deposit in HSBC Bank Account Number 278169945, held in the name of Pablo Renato Rodriguez Arevalo;

hh. 2.03411411 in BTC, located in multiple digital wallets, which was seized from Margarita Cabrera, on or about August 18, 2020;

ii. 0.0006 in BTC, located in digital wallet with the public address ending in KuMH, which was seized from Margarita Cabrera, on or about August 18, 2020;

jj. 0.00145808 in BTC, located in digital wallet with the public address ending in czzq, which was seized from Margarita Cabrera, on or about August 18, 2020;

kk. 0.00084039 in BTC, located in digital wallet with the public address ending in 7fGB, which was seized from Margarita Cabrera on or about August 18, 2020;

ll. 58.71392861 in BTC, located in multiple digital wallets, which was seized from Pablo Renato Rodriguez, on or about August 18, 2020;

mm. 0.01457169 in BTC, located in digital wallet with the public address ending in aHkT, which was seized from Pablo Renato Rodriguez, on or about August 18, 2020;

nn. Any and all items of value, seized on or about August 18, 2020, from Scott Hughes, from the residence located at 620 Newport Center Dr, Newport Beach, CA 92660, including but not limited to the following:

   1. One Apple MacBook Air, containing Serial No. C02Z29S3LYWG;
   2. One Apple iPhone containing One Lens Camera on the Back;
   3. One Apple iPhone, Two Lens Camera on Back; and

oo. Any and all items of value, seized on or about August 18, 2020, from Margarita Cabrera, from the residence located at 100 Gingerleaf Ln, Oviedo, FL 32765, including but not limited to the following:

   1. One White Apple iPhone SEMKCMZLL/A, containing Serial No. cfwcp7y7plk0;
   2. One Brown Apple iPhone11 Pro, MWCUSLL/A,0, containing Serial No. c39274hmney;

8

    3. One Airbit Sash Scarf;
    4. One Airbit medal;
    5. One Green ledger;
    6. One Apple Macbook Pro;
    7. Multiple Books;
    8. One Thumbdrive;
    9. One Special ledger;
    10. One Samsung Galaxy 5s plus, containing Serial No. sm-g955u;
    11. One T-mobile SIM card;
    12. Miscellaneous Documents containing the wording Sleve Biiy Me
    13. Multiple Airbit notes and scribes;
    14. One Samsung Laptop, containing the Serial No. sm-g955u x16-96072;
    15. One Electric pad;
    16. One Mobile USB Drive, containing the unique identifier dpz3rg8s;
    17. One Samsung phone;
    18. One Scandisk card;
    19. One Hp Laptop, containing the unique identifier 7265ngw;
    20. One Leder Flash Drive;
    21. One Sim Card;
    22. Miscellaneous Airbit promo items;
    23. One Galaxy 10e, containing the unique identifier sm-a-a102u;
    24. One USB Thumb Drive;
    25. One Scandisk 64gb;
    26. One Micro SD card;
    27. One Pnv-64gb drive;
    28. One Airbit Thumb Drive;
    29. Miscellaneous paperwork;
    30. Various Notebooks and Ledgers;
    31. Various Airbit promo items;

pp.    500.00 in BCH, located in digital wallet with the public address ending in t4x85, which was seized by the Government on or about October 25, 2022;

qq.    500.00 in BCH, located in digital wallet with the public address ending in 9zajs, which was seized by the Government on or about October 25, 2022;

rr.    500.00 in BCH, located in digital wallet with the public address ending in nrl82s, which was seized by the Government on or about October 25, 2022;

ss.    500.00 in BCH, located in digital wallet with the public address ending in wah3r, which was seized by the Government on or about October 25, 2022;

tt. 500.00 in BCH, located in digital wallet with the public address ending in 49tqg, which was seized by the Government on or about October 25, 2022;

uu. 500.00 in BCH, located in digital wallet with the public address ending in 0jwv5, which was seized by the Government on or about October 25, 2022;

vv. 500.00 in BCH, located in digital wallet with the public address ending in ssqu5, which was seized by the Government on or about October 25, 2022;

ww. 500.00 in BCH, located in digital wallet with the public address ending in wcvnw, which was seized by the Government on or about October 25, 2022;

xx. 500.00 in BCH, located in digital wallet with the public address ending in lgpttl, which was seized by the Government on or about October 25, 2022;

yy. 500.00 in BCH, located in digital wallet with the public address ending in jzqce7, which was seized by the Government on or about October 25, 2022; and

zz. 500.00 in BCH, located in digital wallet with the public address ending in t6ddk, which was seized by the Government on or about October 25, 2022.

(a. through zz., collectively, the "Specific Property"; d. through zz., the "Subject Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 28, 2023 for thirty (30) consecutive days, through April 26, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 323).

WHEREAS, on or about May 16, 2023, notice of the Preliminary Order of Forfeiture was sent via Certified Mail, return receipt requested, to:

> a. Yemi Rodqiruez, Irvine, CA 92618;
> b. Yemi Rodqiruez as Trustee of the Roley Family Trust Irvine, CA 92618;
> c. Jorge Alejandro Rodriquez, Downey, CA 90240;
> d. Magartia Cabrera, Oviedo, FL 32765;
> e. Michael Hueston, Brooklyn, NY 11241;
> f. Peter Enrique Quijano, New York, NY 10011;
> g. Maria Sritagool, Plano, TX 75025;
> h. Orlando Velasco Ponce, Ovideo, FL 32765;
> i. Gilbert Bayonne, New York, NY 10031; and
> j. Daniel H. Forman, Miami, FL 33131;

(a. through j., collectively, the "Noticed Parties-1").

WHEREAS, on or about September 10, 2024, Notice of the Preliminary Order of Forfeiture was sent by United States Postal Service certified mail to:

11

    a. Noticed Parties-1;
    b. Peter Katz, Princeton, NJ 08540;
    c. Sean M. Maher, Bronx, NY 10279; and
    d. Zachary S. Taylor, Princeton, NJ 08540

(a. through d., collectively, the "Noticed Parties-2");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property;

WHEREAS, pursuant to the Preliminary Order of Forfeiture, the Government seized the $26,981.99 in United States currency formerly on deposit in the 8118 Account (the "8118 Account Funds");

WHEREAS, pursuant to the Preliminary Order of Forfeiture, the Government seized $76.84 in United States currency formerly on deposit in the Coinbase Account (the "Coinbase Funds");

WHEREAS, on or about December 3, 2024, the Court entered a Stipulation and Order, authorizing the sale of the Amber Sky Property (D.E. 316);

WHEREAS, on or about January 20, 2025, the Government received $3,450,000.00 in United States currency, representing the Government's share of the sale proceeds from the Amber Sky Property (together with the Subject Property, the Coinbase Funds, and the 8118 Account Funds, the "Forfeitable Property"); and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).


Dated: New York, New York
       March MAR 0 6 2025

                                            SO ORDERED:

                                            _George B. Daniels_
                                            HONORABLE GEORGE B. DANIELS
                                            UNITED STATES DISTRICT JUDGE

13