UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
UNITED STATES OF AMERICA                           :
                                                   :
         - v. -                                    :   SECOND FINAL ORDER OF FORFEITURE
                                                   :
PABLO RENATO RODRIGUEZ,                            :
                                                   :   S1 20 Cr. 398 (GBD)
         Defendant.                                :
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 8, 2023, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 177), which ordered the forfeiture to the United States of all right, title and interest of PABLO RENATO RODRIGUEZ (the "Defendant") in *inter alia*, the following specific property:

   a.   $454,175.32 in United States currency formerly on deposit in Bank of America Account Number 3250-8374-4958 (the "4958 BOA Account"), held in the name of AZ International Processing, Inc d/b/a Digital Wallets Services;

   b.   $27,384.16 in United States currency formerly on deposit in Bank of American Account Number 3250-5909-9145, held in the name of Pablo Rodriguez (the "9145 BOA Accounts Funds");

   c.   499.9993 in BTC, located in digital wallet with the public address ending in 4p2yZ, which was seized by the Government on or about October 25, 2022;

   d.   499.9993 in BTC, located in digital wallet with the public address ending in iWd6, which was seized by the Government on or about October 25, 2022;

   e.   499.9995 in BTC, located in digital wallet with the public address ending in dgDTu, which was seized by the Government on or about October 25, 2022;

   f.   499.9995 in BTC, located in digital wallet with the public address ending in rE713, which was seized by the Government on or about October 25, 2022; and

      g.      499.9994 in BTC, located in digital wallet with the public address ending in 4Zi9Y, which was seized by the Government on or about October 25, 2022;

(a. through g., collectively, the "Specific Property"; c. through g., the "Subject Cryptocurrency");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on March 28, 2023 for thirty (30) consecutive days, through April 26, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 323);

WHEREAS, on or about May 16, 2023, notice of the Preliminary Order of Forfeiture was sent via Certified Mail, return receipt requested, to:

   a. Yemi Rodqiruez, Irvine, CA 92618;
   b. Yemi Rodqiruez as Trustee of the Roley Family Trust Irvine, CA 92618;
   c. Jorge Alejandro Rodriquez, Downey, CA 90240;
   d. Magartia Cabrera, Oviedo, FL 32765;
   e. Michael Hueston, Brooklyn, NY 11241;
   f. Peter Enrique Quijano, New York, NY 10011;
   g. Maria Sritagool, Plano, TX 75025;
   h. Orlando Velasco Ponce, Ovideo, FL 32765;
   i. Gilbert Bayonne, New York, NY 10031; and
   j. Daniel H. Forman, Miami, FL 33131;

(a. through j., collectively, the "Noticed Parties-1");

WHEREAS, on or about September 10, 2024, Notice of the Preliminary Order of Forfeiture was sent by United States Postal Service certified mail to:

   a. Noticed Parties-1;
   b. Peter Katz, Princeton, NJ 08540;
   c. Sean M. Maher, Bronx, NY 10279; and
   d. Zachary S. Taylor, Princeton, NJ 08540

(a. through d., collectively, the "Noticed Parties-2");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest in the Specific Property;

WHEREAS, subsequent to the entry of the Preliminary Order of Forfeiture, the Government has been made aware that a total of $426,791.16 in United States currency was seized from the 4958 BOA Account (together with the 9145 BOA Accounts Funds and Subject Cryptocurrency, the "Forfeitable Property") not $454,175.32 in United States currency as set forth in the Preliminary Order of Forfeiture; and

3

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Customs and Border Protection (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       March _____, 2025

MAR 2 5 2025

SO ORDERED:

_____
HONORABLE GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE